**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**David L. HODGE, Jr., Defendant–**
**Appellant.**

**No. 01–6498.**

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 31, 2001.

Decided Oct. 1, 2001.

David L. Hodge, Jr., pro se. Robert Edward Skiver, Assistant United States Attorney, Raleigh, NC; Paul Arthur Raaf, United States Army, Fort Bragg, NC, for appellee.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

PER CURIAM.

David L. Hodge, Jr., appeals from the district court's order denying his motion to modify his term of imprisonment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Hodge,* No. CR–94–36 (E.D.N.C. Feb. 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*